UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GIUSEPPE GRACI,

                                 Plaintiff,

    -against-

GIUSEPPE VITALE, individually, and J&D
PIZZA RESTAURANT INC. D/B/A J&D PIZZA,

                                Defendants.
-------------------------------------------------------------------X

**Case No.: 1:24-cv-8572 (HG)**

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: Jamaica, New York
       January 7, 2025

                                        Respectfully submitted,
                                        **SAGE LEGAL LLC**
                                        By: */s/ Emanuel Kataev, Esq.*
                                        Emanuel Kataev, Esq.
                                        18211 Jamaica Avenue
                                        Jamaica, NY 11423-2327
                                        (718) 412-2421 (office)
                                        (917) 807-7819 (cellular)
                                        (718) 489-4155 (facsimile)
                                        emanuel@sagelegal.nyc

                                        *Attorneys for Defendant*
                                        *Giuseppe Vitale, Individually, and*
                                        *J&D Pizza Restaurant Inc. d/b/a J&D Pizza*

**VIA ECF**
The Klein and Cardali Law Group PLLC
<u>Attn</u>: Darren Rumack, Esq.
39 Broadway, 35th Floor,
New York, NY 10006
drumack@kleinandcardalilaw.com

*Attorneys for Plaintiff*
*Giuseppe Graci*