UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GIUSEPPE GRACI

                                **Plaintiff**

v.
                                                        Index No. 24-cv-08572-HG
                                                        **NOTICE OF ACCEPTANCE**
                                                        **OF OFFER OF JUDGMENT**

GIUSEPPE VITALE, Individually, and
J&D PIZZA RESTAURANT INC. D/B/A J&D PIZZA

                                **Defendants.**
------------------------------------------------------------------x

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Giuseppe Graci hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment to Plaintiff dated January 27, 2025 and annexed hereto as Exhibit "A."

Dated: New York, New York           Respectfully submitted,
       January 27, 2025

                                         The Klein and Cardali Law Group PLLC

                                         By: _____
                                                Darren P.B. Rumack
                                                39 Broadway, 35th Floor,
                                                New York, NY 10006
                                                Phone: 212-344-9022
                                                Fax: 212-344-0301

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2025, I caused the foregoing acceptance of offer of judgment to be served via email to:

> Emanuel Kataev, Esq.
> Sage Legal LLC
> 18211 Jamaica Ave.
> Jamaica, NY 11423-2327
> (718) 412-2421 (office)
> (917) 807-7819 (cellular)
> (718) 489-4155 (facsimile)
> emanuel@sagelegal.nyc
> *Attorneys for Defendants.*