UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GIUSEPPE GRACI,

                            Plaintiff,                         JUDGMENT

v.                                                                 24-cv-8572 (HG)

GIUSEPPE VITALE, individually, and J&D
PIZZA RESTAURANT INC. D/B/A J&D PIZZA,

                            Defendants.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 27, 2025; and Defendants, GIUSEPPE VITALE, individually, and J&D PIZZA RESTAURANT INC. D/B/A J&D PIZZA, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff GIUSEPPE GRACI, in the amount of $10,000.00, payable within twenty-one (21) days of filing of Plaintiff's Notice of Acceptance, inclusive of Plaintiffs' reasonable attorneys' fees and costs incurred to the date of this offer; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff GIUSEPPE GRACI, and against Defendants, GIUSEPPE VITALE, individually, and J&D PIZZA RESTAURANT INC. D/B/A J&D PIZZA, in the amount of $10,000.00, payable within twenty-one (21) days of filing of Plaintiff's Notice of Acceptance, inclusive of Plaintiffs' reasonable attorneys' fees and costs incurred to the date of this offer.

Dated: Brooklyn, New York                                  Brenna B. Mahoney
       January 29, 2025                                        Clerk of Court

                                                         By:    _/s/Jalitza Poveda_
                                                                  Deputy Clerk