# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

February 12, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Hector Gonzalez, U.S.D.J.
225 Cadman Plaza East
Courtroom 6A South
Brooklyn, NY 11201-1804

      *Re:*    **Graci v. J&D Pizza Restaurant Inc.,** *et ano*
             **Case No.: 1:24-cv-8572 (HG)**

Dear Judge Gonzalez:

      This firm represents the Defendants in the above-referenced case. The Defendants write in an abundance of caution to confirm that the deadline to submit a joint letter and civil case management plan is no longer necessary in light of the clerk's judgment issued in this case. The Defendants do so because, typically, a case is marked "closed" on ECF and Defendants have not seen any indication of such a marking. If this case is closed, Defendants request – to the extent feasible – such an indication on ECF. If this Court nonetheless requires the parties' compliance with the January 7, 2025 scheduling Order, which Defendants respectfully submit is unnecessary, Defendants respectfully request an appropriate extension of time to do so.

Dated:  Jamaica, New York
        February 12, 2025                Respectfully submitted,

                                                    **SAGE LEGAL LLC**

                                                    */s/ Emanuel Kataev, Esq.*
                                                    Emanuel Kataev, Esq.
                                                    18211 Jamaica Avenue
                                                    Jamaica, NY 11423-2327
                                                    (718) 412-2421 (office)
                                                    (917) 807-7819 (cellular)
                                                    (718) 489-4155 (facsimile)
                                                    emanuel@sagelegal.nyc

                                                    *Attorneys for Defendants*
                                                    *J&D Pizza Restaurant Inc*
                                                    *and Giuseppe Graci*