# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

March 2, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Hector Gonzalez, U.S.D.J.
225 Cadman Plaza East
Courtroom 6A South
Brooklyn, NY 11201-1804

   *Re:*  **Graci v. J&D Pizza Restaurant Inc.,** *et ano*
      **Case No.: 1:24-cv-8572 (HG)**

Dear Judge Gonzalez:

  This firm represents the Defendants in the above-referenced case. Defendants write in response to this Court's Order dated February 25, 2025.

  Defendants apologize for their inadvertent failure to include the stipulation that the parties request this Court so Order as an attachment in their February 21, 2025 consent letter motion to vacate the judgment. It is attached here.

  Because the purpose of the motion is to vacate the judgment such that a satisfaction of judgment is not necessary, and because Defendants respectfully submit that the filing of a satisfaction may moot Defendants' motion, Defendants request a determination of the motion to vacate. Defendants thank this honorable Court for its time, attention, and anticipated courtesies in this case.

Dated: Jamaica, New York
   March 2, 2025         Respectfully submitted,

               **SAGE LEGAL LLC**
               */s/ Emanuel Kataev, Esq.*
               Emanuel Kataev, Esq.
               18211 Jamaica Avenue
               Jamaica, NY 11423-2327
               (718) 412-2421 (office)
               (917) 807-7819 (cellular)
               (718) 489-4155 (facsimile)
               emanuel@sagelegal.nyc

               *Attorneys for Defendants*
               *J&D Pizza Restaurant Inc*
               *and Giuseppe Graci*

**VIA ECF**
All counsel of record