UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GIUSEPPE GRACI,

                                     Plaintiff,

           -against-

GIUSEPPE VITALE, individually, and J&D
PIZZA RESTAURANT INC. D/B/A J&D PIZZA,

                                Defendants.
----------------------------------------------------------------X

**Case No.: 1:24-cv-8572 (HG)**

**SO-ORDERED STIPULATION
OF VACATUR OF JUDGMENT**

      Pursuant to Rules 60(b)(5) and 60(b)(6) of the Federal Rules of Civil Procedure (hereinafter

referred to as "Rules" or "Rule"), the parties respectfulyl submit the following stipulation:

      1.    The Defendants, having offered judgment, in the above-captioned case in this

Court, which Plaintiff has accepted, and Defendants have paid in full, now, upon the consent of

The Klein and Cardali Law Group PLLC, attorneys for Plaintiff, and Sage Legal LLC, attorneys

for the Defendants, it is **HEREBY STIPULATED AND AGREED,** that the judgment entered on

January 29, 2025 is vacated as to the Defendants.

| | |
|---|---|
| Dated:  New York, New York<br>        February 14, 2025 | Dated:  Jamaica, New York<br>        February 5, 2025 |
| **THE KLEIN AND CARDALI LAW GROUP PLLC** | **SAGE LEGAL LLC** |
| By: /s/ Darren Rumack<br>Darren Rumack, Esq.<br>39 Broadway, 35th Floor,<br>New York, NY 10006<br>(212) 344-9022 (office)<br>(212) 344-0301 (facsimile)<br>drumack@kleinandcardalilaw.com | By:  */s/ Emanuel Kataev, Esq.*<br>Emanuel Kataev, Esq.<br>18211 Jamaica Avenue<br>Jamaica, NY 11423-2327<br>(718) 412-2421 (office)<br>(917) 807-7819 (cellular)<br>(718) 489-4155 (facsimile)<br>emanuel@sagelegal.nyc |
| *Attorneys for Plaintiff*<br>*Giuseppe Graci* | *Attorneys for Defendants*<br>*J&D Pizza Restaurant Inc.*<br>*and Giuseppe Vitale* |