# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

March 2, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Hector Gonzalez, U.S.D.J.
225 Cadman Plaza East
Courtroom 6A South
Brooklyn, NY 11201-1804

       *Re:*    **Graci v. J&D Pizza Restaurant Inc.,** *et ano*
              **Case No.: 1:24-cv-8572 (HG)**

Dear Judge Gonzalez:

    This firm represents the Defendants in the above-referenced case. Defendants write in response to this Court's Order dated March 2, 2025.

    Defendants understand this Court's concerns about <u>Cheeks</u> fairness review. However, as the Court recognizes, there is no judicial review. See <u>Yu v. Hasaki Rest., Inc.</u>, 944 F.3d 395, 414 (2d Cir. 2019). Defendants submit that there is precedent for the vacatur of a judgment entered by a Rule 68 offer. See <u>Martinez-Cruz v. York Bagels, Inc.</u>, Case No.: 1:20-cv-4084 (KPF) (SN), ECF Docket Entries [41](#) and [42](#). Based on the foregoing, this Court should grant Defendants' consent motion to vacate the judgment.

    Defendants thank this honorable Court for its time, attention, and anticipated courtesies in this case.

Dated:  Jamaica, New York
        March 2, 2025                      Respectfully submitted,

                                                              **SAGE LEGAL LLC**
                                                              */s/ Emanuel Kataev, Esq.*
                                                              Emanuel Kataev, Esq.
                                                              18211 Jamaica Avenue
                                                              Jamaica, NY 11423-2327
                                                              (718) 412-2421 (office)
                                                              (917) 807-7819 (cellular)
                                                              (718) 489-4155 (facsimile)
                                                              emanuel@sagelegal.nyc

                                                              *Attorneys for Defendants*
                                                              *J&D Pizza Restaurant Inc*
                                                              *and Giuseppe Graci*

**VIA ECF**
All counsel of record