UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

GIUSEPPE GRACI,

                                  **Plaintiff**

v.                                                                             Index No. 24-cv-8572 (HG)
                                                                                     SATISFACTION OF
                                                                                     <u>JUDGMENT</u>

GIUSEPPE VITALE, individually, and J&D
PIZZA RESTAURANT INC. D/B/A J&D PIZZA,

                                **Defendants.**
-------------------------------------------------------------------x

      WHEREAS, a judgment was entered in the above action on the 29h day of January in favor of Plaintiff and against Defendants Giuseppe Vitale and J&D Pizza Restaurant Inc. d/b/a J&D Pizza in the amount of $10,000.00, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

      THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York                    Respectfully submitted,
       March 6, 2025

                                                      The Klein and Cardali Law Group P.C.

                                                      By: _____
                                                          Darren P.B. Rumack
                                                          39 Broadway, 35th Floor,
                                                          New York, NY 10006
                                                          Phone: 212-344-9022

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF Rockland       )

On the 6th day of MARCH 2025 before me personally came Darren Rumack, to me known and known to be a member of the firm of The Klein and Cardali Law Group, attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

ANA E. RIOS
NOTARY PUBLIC, State of New York
No. 01RI6156593
Qualified in Rockland County
Commission Expires Dec. 4, 2026

_____
Notary Public